Allen Ruby, Esq., SBN #47109
Anne-Marie Waggoner, Esq. SBN #1
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
MICHELLE HAMAMURA

*IT IS SO ORDERED*
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE HAMAMURA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KELLY-MOORE PAINT COMPANY, INC.,<br><br>　　　　　Defendant. | CASE NO. C03-00947-JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to settlement, the undersigned hereby stipulate to dismissal of the above-entitled action in its entirety, with prejudice.

　　　No costs or fees are recoverable by any party by reason of the dismissal.

　　　　　　　　　　　　　　　　　　RUBY & SCHOFIELD

Dated: November 2, 2004　　　　　By _____
　　　　　　　　　　　　　　　　　　ALLEN RUBY
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Michelle Hamamura

　　　　　　　　　　　　　　　　　　LITTLER MENDELSON

Dated: November 30, 2004　　　　By _____
　　　　　　　　　　　　　　　　　　NANCY E. PRITIKIN
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Kelly-Moore Paint Company, Inc.

STIPULATION FOR DISMISSAL WITH PREJUDICE

Allen Ruby, Esq., SBN #47109
Anne-Marie Waggoner, Esq. SBN #173407
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff
MICHELLE HAMAMURA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE HAMAMURA,<br><br>          Plaintiff,<br><br>vs.<br><br>KELLY-MOORE PAINT COMPANY, INC.,<br><br>          Defendant. | CASE NO. C03-00947-JW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties, the above-entitled action is dismissed in its entirety, with prejudice.

No costs or fees are recoverable by any party by reason of this dismissal.

Dated: ~~Novemberxxx,2004x~~

     March 9, 2006

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE